UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KRISTIAN M. GERMANI, et al., | Case No. 17-cv-06238-MEJ |
|---|---|
| Plaintiffs, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SAFEWAY GROCERY, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Germani v. Safeway Grocery*, 17-cv-00742-JD.

**IT IS SO ORDERED.**

Dated: October 30, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge